UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>HOLY CHILD RESIDENTIAL CARE HOME, INC., a corporation, NESTOR SANTOS, an individual, and ELIZABETH SANTOS an individual,<br><br>　　　　　　Defendants. | **CASE NO.: CV 11-06236 (CRB)(NJV)** |

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, the parties' stipulated request to continue the initial Case Management Conference, which is currently set for March 27, 2012, by 60 days is hereby GRANTED.

IT IS FURTHER ORDERED that an initial Case Management Conference is now set for ___June 8___, 2012 at __8:30__ a.m./~~p.m.~~, before United States District Judge Charles R. Breyer in Courtroom _6, 17th Fl_ of the above entitled court.

**IT IS SO ORDERED**

Dated: __February 15, 2012__　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE Charles R. Breyer